# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KARRI CORNIEL  
1607 GREENWOOD AVENUE  SSN-xxx-xx-4182  
ROCKFORD, IL  61107

Case Number: 05-75917

Case filed on: 10/9/2005  
Plan Confirmed on: 12/16/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,900.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 3,370.84 | 3,370.84 | 0.00 | 0.00 |
|  | Total Priority | 3,370.84 | 3,370.84 | 0.00 | 0.00 |
| 999 | KARRI CORNIEL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HYUNDAI MOTOR FINANCE COMPANY | 10,075.00 | 10,075.00 | 2,901.81 | 1,820.14 |
|  | Total Secured | 10,075.00 | 10,075.00 | 2,901.81 | 1,820.14 |
| 001 | HYUNDAI MOTOR FINANCE COMPANY | 1,628.44 | 162.84 | 0.00 | 0.00 |
| 003 | 500 FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERILOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 568.49 | 56.85 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 905.69 | 90.57 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 6,968.66 | 696.87 | 0.00 | 0.00 |
| 008 | AFNI/VERIZON WIRELESS | 566.86 | 56.69 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 236.03 | 23.60 | 0.00 | 0.00 |
| 010 | HEALTH CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MASON DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MEDCHOICE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | QUIKPAYDAY | 380.00 | 38.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,254.17 | 1,125.42 | 0.00 | 0.00 |
|  | Grand Total: | 27,400.01 | 17,271.26 | 5,601.81 | 1,820.14 |

Total Paid Claimant:     $7,421.95  
Trustee Allowance:       $478.05  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008           By  /s/Heather M. Fagan